PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **THOMAS N. RAJIN**  Docket Number: 92-00557-003

Name of Sentencing Judicial Officer: John W. Bissell, United States District Judge

Date of Original Sentence: July 12, 1993

Original Offenses:

(Count One) Conspiracy to Possess with Intent to Distribute more than 50 Grams of Cocaine Base, 21 U.S.C. Section 846, a Class A felony

(Count Two) Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 841 (a)(1), a Class A felony

Original Sentence: One-Hundred-Seventy- Two (172) Months Bureau of Prisons; Five (5) Years Supervised Release; $100 Special Assessment (Paid); **Special Conditions**: Drug Testing/Drug Abuse Treatment (Outpatient and/or Inpatient), if directed by U.S. Probation Office.

<u>Type of Supervision: Supervised Release          Date Supervision Commenced: May 28, 2004</u>

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant is to be confined to his residence for a period of three (3) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The

defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

On January 4, 2006, the offender tested positive for marijuana. On January 20, 2006, Mr. Rajin met with a Senior Probation Officer/Drug Treatment Specialist for a substance abuse evaluation and he was placed in outpatient substance abuse treatment at Sodat, located in Camden, New Jersey. On January 31, 2006, the offender commenced weekly substance abuse treatment at Sodat. On February 1, 2006, the offender tested positive for marijuana. As a result of this positive drug test, Sodat will be increasing the offender's substance abuse treatment to three times per week, effective February 22, 2006.

The offender has signed a Waiver to Modify Conditions of Supervised Release (Probation Form 49), consenting to the imposition of the conditions of three (3) months home confinement with electronic monitoring and mental health evaluation and/or treatment.

Respectfully submitted,

By: John L. Paccione
U.S. Probation Officer
Date: 2/21/06

APPROVED:

RICHARD A. GALLO        Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/3/06
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee
Thomas Rajin.
David Ragin (True Name)

2/9/06.
DATE