PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **THOMAS N. RAJIN**  Docket Number: 92-00557-003

Name of Sentencing Judicial Officer: John W. Bissell, United States District Judge

Matter reassigned to the Honorable Katharine S. Hayden on March 3, 2006

Date of Original Sentence: July 12, 1993

Original Offenses:

(Count One) Conspiracy to Possess with Intent to Distribute more than 50 Grams of Cocaine Base, 21 U.S.C. Section 846, a Class A felony

(Count Two) Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 841 (a)(1), a Class A felony

Original Sentence: One-Hundred-Seventy- Two (172) Months Bureau of Prisons; Five (5) Years Supervised Release; $100 Special Assessment (Paid); **Special Conditions**: Drug Testing/Drug Abuse Treatment (Outpatient and/or Inpatient), if directed by U.S. Probation Office.

Type of Supervision: Supervised Release   Date Supervision Commenced: May 28, 2004

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   Years, for a total term of   Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of One (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On January 23, 2007 and February 6, 2007, the offender tested positive for marijuana and admitted that he had smoked marijuana on two occasions. Mr. Rajin has been referred back into outpatient substance abuse treatment at Sodat and his monitoring and drug testing were increased.

The offender has signed a Waiver to Modify Conditions of Supervised Release (Probation Form 49), consenting to the imposition of the condition of One (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility.

Respectfully submitted,

By: John L. Paccione
U.S. Probation Officer
Date: 3/12/07

APPROVED:

RICHARD A. GALLO     Date 3/12/07
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/19/07
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 1 month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____        Signed: _____
            U.S. Probation Officer                              Probationer or Supervised Releasee

                                2/6/07.
                    _____
                                DATE